UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

HUGHES HOLDINGS, LLC, et al.,             :

          Plaintiffs,                          :

-against-                                  :

PETER ZACHARIOU, et al.,                   :

          Defendants.                          :    05 Civ. 10166 (JES) (AJP)

------------------------------------x

FOUNTAINHEAD INVESTMENT, INC., et al.,    :    06 Civ. 2090 (JES) (AJP)

          Plaintiffs,                          :

-against-                                  :    **ORDER**

ROBERT DEPALO, et al.,                     :

          Defendants.                          :

------------------------------------x

**ANDREW J. PECK, United States Magistrate Judge:**

        The time for the parties to reinstate either or both actions if the settlements are not fully effectuated is extended to June 29, 2007. In addition, there will be a final settlement conference (if needed) on June 29, 2007 at 9:30 a.m. in Courtroom 20D. All principals are to attend in person (except the principal of Fountainhead, located in Europe, may participate telephonically).

        SO ORDERED.

Dated:     New York, New York
             June 18, 2007

                                                        **Andrew J. Peck**
                                                        United States Magistrate Judge

Copies **by fax & ECF** to:    Veronica E. Rendon, Esq.
                                  Andrew J. Goodman, Esq.
                                  Richard M. Mortner, Esq.
                                  Judge John E. Sprizzo